## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIN CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-2042-KHV |
| | ) |
| THE GERSON COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the Joint Motion To Dismiss With Prejudice of the parties (Doc. #15), this action be and is hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: November 27, 2007         s/ Kathryn H. Vratil
                                 Kathryn H. Vratil
                                 United States District Judge

Respectfully Submitted,

McDOWELL RICE SMITH & BUCHANAN PC


By:  /s/ Thomas R. Buchanan
      Thomas R. Buchanan, KS #10572
      605 West 47th Street, Suite 350
      Kansas City, MO 64112-1905
      (816) 753-5400
      tbuchanan@mcdowellrice.com
      ATTORNEYS FOR DEFENDANT

      AND


By:  /s/ Tammy Horn
      Tammy Horn KS #15418
      Carrie Brous KS #18157
      Brous Horn LLC
      10313 West 140th Street
      The Carriage House
      Overland Park, Kansas 66221
      ATTORNEYS FOR PLAINTIFF